UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAYVIEW LOAN SERVICING, LLC,
a Delaware limited liability company,

    Plaintiff,

Case No. 2:08-cv-11924-DPH-MJH

Hon. Denise Page Hood

v

THE DECLARATION OF TRUST OF JAMES F. BOETTCHER,
James F. Boettcher, Trustee, and
JAMES F. BOETTCHER, an individual,
Jointly and Severally,

    Defendants.

_____

| Potestivo & Associates, P.C. | CLARK HILL PLC |
|---|---|
| By: David G. Marowske (P57261) | By: Richard A. Sundquist (P31535) |
| Attorneys for Plaintiff |     Matthew W. Heron (P61501) |
| 811 South Blvd. E., Suite 100 | Attorneys for Defendants |
| Rochester Hills, MI 48307 | 500 Woodward Ave., Suite 3500 |
| (248) 853-4400 | Detroit, MI 48226 |
| | (313) 965-8300 |

_____

## ORDER EXTENDING DISCOVERY AND MOTION FILING DATES

**IT IS HEREBY ORDERED** that the Discovery in the above-captioned matter shall be extended from November 14, 2008 to December 15, 2008.

**IT IS FURTHER ORDERED** that the date to file Motions in the above-captioned matter shall be extended from November 28, 2008 to December 31, 2008.

**IT IS FURTHER ORDERED** that all other dates provided on the current Scheduling Order shall remain the same at this time.

08-87369

This does not resolve the last pending claim or close the case.

**IT IS SO ORDERED**

                <u>s/Denise Page Hood</u>
                **Denise Page Hood**
                **United States District Judge**

**Dated: November 24, 2008**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on November 24, 2008, by electronic and/or ordinary mail.**

                <u>s/Lisa M. Ware for William F. Lewis</u>
                **Case Manager**